STATE of Missouri, Respondent,

v.

**Marcel RICE, Appellant.**

**No. ED 95988.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 22, 2012.

Jo Ann Rotermund, St. Louis, MO, for appellant.

Chris Koster, Richard A. Starnes, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Marcel Rice ("Defendant") appeals from the judgment of the trial court entered after a jury convicted him of one count of trafficking in the second degree and two counts of possession of a controlled substance.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The commission's decision is affirmed in accordance with Rule 30.25(b).